Date: 06/10/10                                                                                                                                  Page: 1

**DIVIDENDS REMITTED TO THE COURT**

Check Number 116 Dated 06/10/10

Case Number 08-34570 - CARLSON, NELSON J

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **EMERGENCY PHYSICIANS**<br>7301 OHMS LN STE 650<br>EDINA MN 55439-4000<br>  FINAL DISTRIBUTION<br>  4911 | 000002 | 130.17 | 3.93 |
| **Chase Bank USA NA**<br>PO Box 15145<br>Wilmington, DE 19850-5145<br>  FINAL DISTRIBUTION<br>  8818 | 000004 | 143.57 | 4.34 |
| ---------- Remittance Total -------------- | | 273.74 | 8.27 |

_John A. Hedback, Trustee_

# 2317

RECEIVED 10 JUN 11 AM 10:35 U.S. BANKRUPTCY COURT ST PAUL MN

COURT1                                                                                                          Printed: 06/10/10 01:49 PM   Ver: 15.09